IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                                                                                    No.  CR 08-2834 JH

LATRELL DE'SHON SANDERS,

                Defendant.

## ORDER CONTINUING TRIAL SETTING

THIS MATTER is before the Court on Defendant's *Third Motion for Continuance of Call of Calendar and Jury Trial*, filed April 3, 2009.  A Telephonic Call of Calendar is set for April 30, 2009 and Jury Selection/Trial is currently scheduled for May 11, 2009.

The Court, having reviewed the motion and noting the U.S. Attorney does not oppose the motion pursuant to its response filed on April 16, 2009, finds that the motion is well taken and will be granted.  The Court specifically finds, pursuant to 18 U.S.C. § 3161 (h)(8)(A), that the ends of justice served in granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court further finds, pursuant to 18 U.S.C. § 3161 (h)(8)(A), that good grounds exist for the continuance.

IT IS THEREFORE ORDERED that the Defendant's *Third Motion for Continuance of Call of Calendar and Jury Trial* **[Doc. 38]** is granted and the trial set for May 11, 2009 is vacated, and rescheduled for **Monday, June 22, 2009 at 9:00 A.M. on a trailing docket before The Honorable Judith C. Herrera .  Trial will be held in the "Brazos" Courtroom, Fifth Floor, Albuquerque, New Mexico.**  The period of time

from the entry of this order until the new trial date shall be excluded, pursuant to 18 U.S.C. § 3161 (h)(8)(A), from the time limitations set forth within 18 U.S.C. § 3161(c)(1).

IT IS FURTHER ORDERED that the Call of Calendar hearing presently set for April 30, 2009 is **vacated and reset for Thursday, June 4, 2009 at 1:30 P.M., in the "Brazos" Courtroom, Albuquerque, New Mexico.**

FINALLY, IT IS ORDERED that counsel shall adhere to the attached "Pretrial Deadlines and Instructions before the Hon. Judith C. Herrera."

_____
UNITED STATES DISTRICT JUDGE